FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON STATE UNIVERSITY,<br><br>                    Plaintiff,<br>v.<br><br>PRO ORCHARD MANAGEMENT LLC, a Washington limited liability company; and APPLE KING LLC, a Washington limited liability company,<br><br>                    Defendants. | No.   2:20-cv-00038-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' stipulated protective order, **ECF No. 36-1**, is **ACKNOWLEDGED**, **APPROVED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of August 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1