FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON STATE UNIVERSITY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>PRO ORCHARD MANAGEMENT LLC, a Washington limited liability company; and APPLE KING LLC, a Washington limited liability company.<br><br>　　　　　　　Defendants. | No.  2:20-cv-00038-SMJ<br><br>**ORDER GRANTING STIPULATED DISMISSAL** |

On December 10, 2020, the parties filed a Stipulated Motion to Dismiss with Prejudice. ECF No. 88. Consistent with the parties' agreement under Federal Rule of Civil Procedure 41(a) and for good cause shown, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 88**, and Stipulated Motion to Expedite, **ECF No. 89**, are **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER GRANTING STIPULATED DISMISSAL – 1

**5.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of December 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING STIPULATED DISMISSAL – 2